**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARRIEM MOHAMMED-EL,

    Plaintiff,

    v.

RICHARD LINDNER, et al.,

    Defendants.
_____/

No. C 10-1715 PJH

**ORDER DISMISSING CASE**

The court having dismissed the complaint pursuant to 28 U.S.C. § 1915(e), and plaintiff having failed to file an amended complaint by the June 11, 2010 deadline set in the order of dismissal, the above-entitled action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: June 17, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge